AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>James Winston III<br><br>Defendant(s) | Case No. 5:25-MJ-412 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 12/9/2025 in the county of Oneida in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2252A(a)(5)(B). | Possession of Child Pornography. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Martin Baranski, FBI Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: December 10, 2025

_____
Judge's signature

City and State: Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**AFFIDAVIT IN SUPPORT
OF A CRIMINAL COMPLAINT**

I, Martin Baranski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I make this affidavit in support of a criminal complaint charging James WINSTON III ("WINSTON") with a violation of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography), as more fully described below.

2.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018. I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I have participated in the execution of search warrants and seized evidence of these violations, including electronic evidence. I have also previously served on numerous occasions as the affiant for such search warrants. In addition, I have received formal training in investigations of child pornography and child exploitation offenses.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that WINSTON has violated Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography).

## PROBABLE CAUSE

4.  On July 16, 2025, the New York State Police (NYSP) Troop D Computer Crimes Unit (CCU) reached out to your affiant regarding two National Center for Missing and Exploited Children (NCMEC) CyberTips (CyberTips) received from Snapchat and Dropbox. The CyberTips pertained to uploading of child pornography to each platform by WINSTON, residing in Utica, NY.

5.  CyberTip 208371100 was received by NCMEC from Snapchat on March 30, 2025. The CyberTip detailed that eight files of child pornography were uploaded by WINSTON to Snapchat including:

    a.  A video titled "youngblood3155-...-5f9b744fd4-content.mp4," approximately nine seconds in length, depicting a prepubescent female child, approximately eight years old on her hands and knees with her butt and vagina facing the camera. The child uses her fingers to rub her vagina in front of the camera.

6.  CyberTip 213344966 was received by NCMEC from Dropbox on June 5, 2025. The CyberTip detailed that one file of child pornography was uploaded by WINSTON to Dropbox:

    a.  A video titled "(Children-sf-1man) Pthc - Tara (08Yo) - Tara Gets Molested By A Clown - [New][UK][00.12.56].avi," approximately 13 minutes in length, depicting an adult male in a clown mask sexually abusing an approximately eight-year-old prepubescent female child. The sexual abuse in the video includes oral, vaginal, and anal penetration of the child by the adult male.

7. Additional information obtained from Snapchat and Dropbox on October 7, 2025, related to the accounts referenced in the CyberTips confirmed that the child pornography described in the CyberTips was still present in the accounts.

8. Additional investigation of the IP address information associated with the uploads of child pornography described in the CyberTips linked the activity to WNSTON's residence in Utica, New York.

9. On December 9, 2025, United States Magistrate Judge, Miroslav Lovric signed and issued search warrants for WINSTON's residence in Utica, New York, the person of WINSTON, and any electronic devices belonging to WINSTON found during those searches.

10. During execution of the warrants on December 10, 2025, your affiant encountered WINSTON who agreed to a voluntary interview. Prior to the interview WINSTON was read his *Miranda* rights, which he waived and agreed to a voluntary interview with your affiant and other law enforcement. During the ensuing interview, WINSTON admitted to creating and controlling the accounts referenced in both CyberTips discussed above.

11. During an initial review of the contents of WINSTON's cellular telephone, an Apple iPhone 16 Pro Max, serial number GJ91VVW42R, manufactured outside the state of New York, which WINSTON had on his person at the time of the interview, numerous child pornography video files were located in the photo gallery of the device including:

   a. File name, "10843384358711188937", with a date of July 25, 2025, approximately 1 minute and 20 seconds in length, depicting an approximately 3-year-old prepubescent male performing oral sex on an adult male's penis.

3

12. In your affiant's training and experience, the presence of the child pornography video files in the gallery of WINSTON's iPhone demonstrates that the videos were saved by WINSTON to the device.

## CONCLUSION

13. Based on the aforementioned facts, there is probable cause to believe James WINSTON III has violated Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography), and requests that a criminal complaint charging those violations of federal law be issued.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_____
Martin Baranski, Special Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on December 10, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Miroslav Lovric
United States Magistrate Judge

4